UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDY L. MEADE,

    Plaintiff,

v.                                      Case No: 8:17-cv-2461-CEH-AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on March 30, 2022 (Doc. 46).  In the Report and Recommendation, Magistrate Judge Porcelli recommends that: 1) The Unopposed Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 44) be granted; 2) Plaintiff's counsel be awarded attorney's fees in the amount of $28,045.75 under 42 U.S.C. § 406(b); and 3) Plaintiff's counsel be directed to reimburse to Plaintiff the $13,312.50 in fees paid under the EAJA.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 46) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Unopposed Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 44) is GRANTED.

(3) Plaintiff's counsel is awarded attorney's fees in the amount of $28,045.75 under 42 U.S.C. § 406(b).

(4) Plaintiff's counsel shall reimburse Plaintiff $13,312.50 in fees paid under the EAJA.

**DONE AND ORDERED** at Tampa, Florida on April 18, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record